UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00116-MOC

| | | |
|---|---|---|
| **GARLOCK SEALING TECHNOLOGIES LLC,** et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| **JEFFERY B SIMON; SIMON GREENSTONE PANATIER BARTLETT, P.C.; DAVID C. GREENSTONE; JENNIFER L. BARTLETT ESTATE OF RONALD C. EDDINS,** | ) ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendants' Motion to Submit Response to Garlock's Submission of Recent Claimant Committee's Argument at Odds with Simon Greenstone Defendants' Motion to Withdraw the Reference. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Submit Response to Garlock's Submission of Recent Claimant Committee's Argument at Odds with Simon Greenstone Defendants' Motion to Withdraw the Reference (#25) is **GRANTED**, and defendant is allowed to so file such pleading.

Signed: May 28, 2014

Max O. Cogburn Jr.
United States District Judge