# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Garlock Sealing Technologies LLC, et al., v. <br><br> Simon Greenstone Panatier Bartlett, et al. | Case No. 3:14-cv-116-MOC-DSC |

## ORDER ON APPLICATION ADMISSION TO PRACTICE, *PRO HAC VICE*

This matter comes before the Court on the Motion for Admission to Practice *Pro Hac Vice* filed on August 19, 2014, for the admission *pro hac vice* of John S. Favate, Esq., of Hardin, Kundla, McKeon & Poletto, P.A., to appear as counsel for Resolute Management, Inc., AIU Insurance Company, American Home Assurance Company, Birmingham Fire Insurance Company of Pennsylvania, Granite State Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa., in the above-captioned case, and it appearing to the Court that such counsel should be admitted *pro hac vice*,

IT IS THEREFORE ORDERED that the Motion is granted and John S. Favate is admitted to practice before the Court *pro hac vice*.

**SO ORDERED**.

Signed: 08/20/2014

David S. Cayer
United States Magistrate Judge