# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Garlock Sealing Technologies LLC, et al.,

v.

Simon Greenstone Panatier Bartlett, et al.

Case No. 3:14-cv-116-MOC-DSC

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Charles B. Walther] (document # 40) filed September 18, 2014. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

David S. Cayer
United States Magistrate Judge