UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00464-MOC
[3:14cv116; 3:14cv118; 3:14cv130; 3:14cv137]

| | |
|---|---|
| In Re: | ) |
| | ) |
| GARLOCK SEALING TECHNOLOGIES | ) |
| LLC LITIGATION and APPEALS. | ) |
| | ) |

**ORDER**

**THIS MATTER** is before the court on its own Motion to Recuse. Due to the recent discovery of a conflict under Canon 3C(1)(d)(ii), that was not discovered through the automated conflict-checking program due to a lack of integration of the bankruptcy and district court dockets on appeal, the court will recuse itself from further consideration of any matter in the *Garlock Sealing Technologies LLC* litigation and appeals as such conflict is not subject to remittal under Canon 3D. See *Guide to Judiciary Policy*, Vol. 2B, Ch.2, Adv. Op. No. 38, at p. 38-2. The Clerk of Court is directed to spread this order among the above captioned docket numbers, assign these matters to another district judge, and advise the Clerk of the Bankruptcy Court of such recusal.

Signed: October 22, 2014

Max O. Cogburn Jr.
United States District Judge

-1-