UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| GARLOCK SEALING TECHNOLOGIES LLC and GARRISON LITIGATION MANAGEMENT GROUP, LTD., | Case No. 3:14-cv-00116 |
| Plaintiffs, | |
| v. | |
| SIMON GREENSTONE PANATIER BARTLETT, A PROFESSIONAL CORPORATION; JEFFERY B. SIMON; DAVID C. GREENSTONE; ESTATE OF RONALD C. EDDINS; AND JENNIFER L. BARTLETT, | |
| Defendants. | |

**MOTION FOR LEAVE TO SUBSTITUTE REDACTED DOCUMENTS
IN SUPPORT OF SIMON GREENSTONE'S MOTION TO ABSTAIN**

Defendants Simon Greenstone Panatier Bartlett, APLC, Jeffery B. Simon, David C. Greenstone, Estate of Ronald C. Eddins, and Jennifer L. Bartlett (together, "Simon Greenstone") move this Court for leave to substitute redacted documents in support of its Motion to Abstain.

On November 3, 2014, Simon Greenstone filed its Motion to Abstain (Rec. 59), Memorandum in Support of its Motion to Abstain (Rec. 60) (the "Memorandum"), and supporting exhibits (Rec. 60, Attachments 1-31) (the "Exhibits"). Following this Court's December 1, 2014, Order (Rec. 67) instructing the parties to redact all personal data identifiers, as required by Section II, Subpart I (entitled Privacy) of the Court's Administrative Procedures Governing Filing and Service by Electronic Means, as well as medical information (except

1

claimed disease), by January 15, 2015, Defendants determined that additional redaction of its Memorandum and Exhibits would be prudent. Pursuant to the Court's December 1, 2014 Order, Simon Greenstone has completed redactions of all personal data identifiers and now seeks to substitute these further-redacted documents for those previously filed.

WHEREFORE, Simon Greenstone respectfully requests an order directing the Clerk to remove the Memorandum and Exhibits (Rec. 60) from the record, and granting leave to Simon Greenstone to file substitute redacted copies of these documents.

This the 15th day of January, 2015.

Respectfully submitted,

*/s/ Sara W. Higgins*
SARA W. HIGGINS (N.C. Bar No. 22111)
RAYMOND E. OWENS, JR. (N.C. Bar No. 8439)
HIGGINS & OWENS, PLLC
5925 Carnegie Blvd., Suite 530
Charlotte, NC 28209
Phone: (704) 366-4607
Fax: (704) 749-9451
shiggins@higginsowens.com
rowens@higginsowens.com

- and -

MICHAEL W. MAGNER (La. Bar. No. 1206)
MARK A. CUNNINGHAM (La. Bar No. 24063)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Phone: (504) 582-8316
Fax: (504) 589-8316
mmagner@joneswalker.com
mcunningham@joneswalker.com

*Attorneys for Simon Greenstone Panatier Bartlett, APLC, Jeffery B. Simon, David C. Greenstone, the Estate of Ronald C. Eddins and Jennifer L. Bartlett*

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.3(C), I hereby certify that a copy of this document was served on all counsel of record via electronic filing in the Court's CM/ECF system as follows:

>Garland S. Cassada (gcassada@rbh.com)
>D. Blaine Sanders (bsanders@rbh.com)
>Jonathan C. Krisko (jkrisko@rbh.com)
>Richard Worf (rworf@rbh.com)
>Ty E. Shaffer (tshaffer@rbh.com)
>Douglas M. Jarrell (djarrell@rbh.com)
>Edward F. Hennessey IV (thennessey@rbh.com)
>Robert E. Harrington (rharrington@rbh.com).

This the 15th day of January, 2015.

>/s/ Sara W. Higgins
>Sara W. Higgins