IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GARLOCK SEALING TECHNOLOGIES LLC and GARRISON LITIGATION MANAGEMENT GROUP, LTD., | Case No. 3:14-cv-00116-GCM-DSC |
| Plaintiffs, | |
| v. | |
| SIMON GREENSTONE PANATIER BARTLETT, A PROFESSIONAL CORPORATION, JEFFERY B. SIMON, DAVID C. GREENSTONE, ESTATE OF RONALD C. EDDINS, AND JENNIFER L. BARTLETT, | |
| Defendants. | |

## ORDER

**THIS MATTER** is before the Court on Defendants' "Motion for Leave to Substitute Redacted Documents …" (document #73) and Plaintiff's "Motion for Order Concerning Redacted Documents" (document #74). For the reasons stated therein, the Motions are <u>granted</u>. The parties shall promptly submit the specified redacted documents and the Clerk shall remove the un-redacted versions of those documents from the docket.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Graham C. Mullen</u>.

**SO ORDERED**.

Signed: January 20, 2015

_David S. Cayer_
David S. Cayer
United States Magistrate Judge